**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA,            :
                          Plaintiff,            :
                                                :
v.                                              : Civil Action No. 3:00CV1472CFD)
                                                :
MARTIN L. CARTER,                    :
                          Defendant.            :


REFERRAL TO MAGISTRATE JUDGE

  This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge
      (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motions which are currently pending:  (orefm.)

_X_   A ruling on the following motion which is currently pending: Doc. #13, Motion for
      Examination of Judgment Debtor and For a Hearing on Defendant's Ability to Pay the
      Judgment  (orefm.)

____  A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following:  (orefmisc./cnf)

____  Other:  (orefmisc./misc) _____

      SO ORDERED this 2nd  day of December 2003 at Hartford, Connecticut.


                                     ___/s/ CFD_____

_____      Christopher F. Droney
                                     United States District Judge