TOTAL TIME: ___ hours ___ minutes            DEPUTY CLERK Sunbury    HONORABLE Smith    RPTR/ERO/TAPE Sarah John Brandon Najemy

cvmhrg (October 17, 2001)

DATE 3/24/04    START TIME 10:45    END TIME 10:55
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. 3:00CV1472CFD

USA
vs.
Marvin L. Carter

☐ Plaintiffs Counsel
☐ SEE ATTACHED CALENDAR FOR COUNSEL
___ Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #13 Motion For Hearing on Ability to pay Judgment ☐ granted ☐ denied ☑ advisement

Cont'd until 3/25/04 10:00 AM