## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

United States of America,     :
                    Plaintiff, :
          v.                   :     Court No. 3:00CV1472(CFD)
Martin L. Carter,              :
                    Defendant. :

### CAPIAS

Whereas, this Court issued an Order requiring the defendant, Martin L. Carter, to appear before the Court on March 24, 2004 for a debtor examination; and

Whereas, on March 24, 2004, the defendant failed to appear or submit a request for an extension of time; and

Whereas, the Court granted government's request for the issuance of a Writ of Capias;

It is hereby ORDERED that the United States Marshal shall seize and arrest the defendant, Martin L. Carter and bring her/him before this Court on *March 25ᵗʰ*, 2004 at *10:00am* in courtroom *West* of the United States District Court in *Hartford*. The United States Marshal should instruct the defendant to bring with him to the hearing all documents sought by the plaintiff's Request for Production and Financial Affidavit. The United States Marshal is further directed to initially attempt to execute this Writ of Capias via telephone with the assistance of government's counsel. In the event that telephone contact is unsuccessful, the Marshal is directed to take further reasonable steps to assure the defendant's appearance.

Dated at Hartford, Connecticut on March 24, 2004.

Thomas P. Smith
United States Magistrate Judge

I hereby certify that the foregoing
is a true copy of the original document
on file.    Date: March 24, 2004

KEVIN F. ROWE
Clerk

By _____
Deputy Clerk