UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 3:00CV1472 (CFD)(TPS) |
| VS. | : | |
| MARTIN L. CARTER, | : | |
| Defendant. | : | March 25, 2004 |

**GOVERNMENT'S MOTION**
**FOR AN ORDER TO SHOW CAUSE**

The United States of America seeks an Order requiring the defendant, Martin L. Carter, to appear before this Court and show cause relating to this matter.

Wherefore, the United States respectfully requests that this Court issue an order to show cause requiring Martin L. Carter to appear promptly before this Court and to show cause, if any, relating to this matter, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


WILLIAM A. COLLIER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT00986

For:
CHRISTINE SCIARRINO
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT3393
P.O. Box 1824
New Haven, CT 06510
Tel.: (203) 821-3780

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:00CV1472 (CFD)(TPS) |
| VS. | : |
| MARTIN L. CARTER, | : |
| Defendant. | : |

### ORDER TO SHOW CAUSE

The Court, having considered the plaintiff's Motion for an Order to Show Cause, hereby GRANTS the plaintiff's Motion, and IT IS HEREBY ORDERED that:

Defendant Martin L. Carter shall appear before the District Court in the West Courtroom, Second Floor, 450 Main Street, Hartford, Connecticut on the 26th day of April, 2004 at 10:00 a.m. and show cause in this matter.

It is so ORDERED on this 25th day of March, 2004 at Hartford, Connecticut.

_____
THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE