20

*3/25/04. Granted.  U.I.M.J.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:00CV1472 (CFD)(TPS) |
| VS. | : |
| MARTIN L. CARTER, | : |
| Defendant. | : March 25, 2004 |

### GOVERNMENT'S MOTION
### FOR AN ORDER TO SHOW CAUSE

The United States of America seeks an Order requiring the defendant, Martin L. Carter, to appear before this Court and show cause relating to this matter.

Wherefore, the United States respectfully requests that this Court issue an order to show cause requiring Martin L. Carter to appear promptly before this Court and to show cause, if any, relating to this matter, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*William A. Collier*

WILLIAM A. COLLIER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT00986

For:
CHRISTINE SCIARRINO
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT3393
P.O. Box 1824
New Haven, CT 06510
Tel.: (203) 821-3780

