## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 3:00CV1472 (CFD)(TPS) |
| VS. | : | |
| MARTIN L. CARTER, | : | |
| Defendant. | : | |

FILED

### ORDER TO SHOW CAUSE

The Court, having considered the plaintiff's Motion for an Order to Show Cause, hereby GRANTS the plaintiff's Motion, and IT IS HEREBY ORDERED that:

Defendant Martin L. Carter shall appear before the District Court in the West Courtroom, Second Floor, 450 Main Street, Hartford, Connecticut on the 26th day of April, 2004 at 10:00 a.m. and show cause in this matter.

It is so ORDERED on this 25th day of March, 2004 at Hartford, Connecticut.

THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE