HONORABLE **Smith**  Civil (April 12, 2004)
DEPUTY CLERK **Sunbury**   RPTR/ERO/TAPE **Bowles**

TOTAL TIME: ___ hours ___ minutes

DATE **4/26/04**    START TIME **10:40**    END TIME **12:00**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **3:00CV1472CFD**

**USA**
vs.
**Martin L. Carter**

Plaintiffs Counsel: **Christine Sciarrino**
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: **Martin L. Carter, Pro Se**

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing     ☑ Show Cause Hearing
☐ Evidentiary Hearing  ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

MOTION DOCUMENT NO.

☐ ....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___

___ Hearing continued until ___ at ___

☐ filed ☐ docketed (repeated)