UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY -3 A 11: 11
U.S. DISTRICT COURT
HARTFORD, CT

United States of America,

v.

Martin L. Carter

and

Patrick Tomasiewicz, Esq.
Fazzano and Tomasiewicz
836 Farmington Ave., Suite 109
West Hartford, CT 06119-1506,
Garnishee.

Court No: 3:00CV1472(CFD)

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $19,144.34.

Demand was made upon the Defendant not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a defaulted student loan. The Defendant has failed to make any payment pursuant to said demand. The total balance due as of April 29, 2004 is $23,601.02.

The judgment debtor, Martin L. Carter's, last known address is 8 Elizabeth St., Branford, CT 06405-5510 and the defendant's social security number is 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.

There is or may be property in which Martin L. Carter has a substantial nonexempt interest which may be levied upon for payment of the above judgment, described as follows:

Any and all funds owed to Martin Luther Carter by virtue of a retainer agreement, referral agreement or other agreement, for legal services rendered in pending litigation.

The name and address of the Garnishee or its authorized agent is:

name:     **Patrick Tomasiewicz, Esq.**
address:  **Fazzano and Tomasiewicz**
          **836 Farmington Ave., Suite 109**
          **West Hartford, CT 06119-1506**
phone:    **860-231-7766**

                        Respectfully submitted,

                        KEVIN J. O'CONNOR
                        UNITED STATES ATTORNEY

                        CHRISTINE SCIARRINO
                        ASSISTANT UNITED STATES ATTORNEY
                        UNITED STATES ATTORNEY'S OFFICE
                        CONNECTICUT FINANCIAL CENTER
                        157 CHURCH STREET
                        P. O. BOX 1824
                        NEW HAVEN, CT  06508
                        (203) 821-3700
                        FED BAR NO. CT 03393

C E R T I F I C A T I O N

    This is to certify that a copy of the foregoing was mailed postage prepaid on this 29th day of April, 2004, to:

Martin Luther Carter
8 Elizabeth St.
Branford, Connecticut   06405-5510

_____
CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY