#25

5/4/4 granted absent objection by agreement.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

United States of America,  :
       v.  :
Martin L. Carter  :  Court No: 3:00CV1472(CFD)/mau
    and  :
Patrick Tomasiewicz, Esq.  :
Fazzano and Tomasiewicz  :
836 Farmington Ave., Suite 109  :
West Hartford, CT 06119-1506,  :
      Garnishee.  :

2004 MAY -3 A 11: 11

U.S. DISTRICT COURT
HARTFORD, CT

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $19,144.34.

Demand was made upon the Defendant not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a defaulted student loan. The Defendant has failed to make any payment pursuant to said demand. The total balance due as of April 29, 2004 is $23,601.02.

The judgment debtor, Martin L. Carter's, last known address is 8 Elizabeth St., Branford, CT 06405-5510 and the defendant's social security number is 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.

There is or may be property in which Martin L. Carter has a substantial nonexempt interest which may be levied upon for payment of the above judgment, described as follows:

FILED 2004 MAY 4 P 12:30 U.S. DISTRICT COURT HARTFORD, CT