UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY -4 P 12: 30
U.S. DISTRICT COURT
HARTFORD COURT

| | |
|---|---|
| United States of America, | : |
| v. | : |
| Martin L. Carter | : Court No: 3:00CV1472 (CFD) |
| and | : |
| Patrick Tomasiewicz, Esq.<br>Fazzano and Tomasiewicz<br>836 Farmington Ave., Suite 109<br>West Hartford, CT 06119-1506,<br>    Garnishee. | : |

### WRIT OF GARNISHMENT

An application for a Writ of Garnishment against the property of Martin L. Carter, Defendant, has been filed with the Court by Assistant United States Attorney Christine Sciarrino, United States Attorney's Office, Connecticut Financial Center, 157 Church Street, New Haven, Connecticut 06510. A Judgment has been entered against the defendant, whose last known address is 8 Elizabeth St., Branford CT 06405-5510. As a result of this Judgment, the defendant is indebted to the United States in the sum of $23,601.02, plus interest at the rate of 6.052% computed through April 29, 2004. The underlying nature of this debt is a defaulted student loan

You are required by law to answer under oath, whether or not you have or anticipate having in your custody, control or possession, any funds belonging to Martin L. Carter, or in which Martin L. Carter has an interest.

You must file the original Answer to this Writ within ten (10) days of your receipt of this Writ with the United States

District Court at 450 Main Street, Hartford, Connecticut 06103. Additionally, you are required by law to serve a copy of the Answer upon the defendant at 8 Elizabeth St., Branford, CT 06405-5510 and upon Assistant United States Attorney Christine Sciarrino.

NOW THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by levying on any and all funds owed to Martin Luther Carter by virtue of retainer agreement, referral agreement, or any other agreement for legal services rendered in pending litigation by Martin L. Carter, social security number 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, date of birth December 18, 1960.

You are hereby commanded to immediately withhold any funds that may be subject to garnishment now or in the future. This is a continuing garnishment pursuant to 28 U.S.C. § 3205(a).

Furthermore, if there is no objection or request for hearing filed with the Court, or the deadline for filing a request for hearing or other responsive pleading has expired, you are further commanded to immediately turnover the garnished funds by sending a check made payable to "United States Department of Justice" and referencing docket number 3:00CV1472(CFD) and Martin L. Carter to: United States Attorney's Office, 157 Church St., 23rd Floor, New Haven, Connecticut 06510.

If you fail to answer this Writ or fail to withhold funds pursuant to either the Federal Debt Collection Procedures Act, 28 U.S.C. §3001, et seq. or any other property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you

fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the funds that are subject to this garnishment.

Under the law, there is certain compensation which may be exempt from this Writ of Garnishment. A list of Internal Revenue Exemptions is provided in the accompanying Clerk's Notice.

It is unlawful to pay or deliver to the defendant any item attached by this Writ. If you fail to answer as directed, or if you unlawfully dispose of any item attached by this Writ, or if you fail to withhold and disburse property to the Government as ordered by this Writ, judgment may be rendered against you for the full amount of the Government's claim against the defendant in this action.

SO ORDERED.

Dated at Hartford, Connecticut on this 4th day of May, 2004.

_____
Thomas P. Smith
United States Magistrate Judge